FILED
OCT 1 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Wendell Garnell Jackson, pro se,   )
415 Edgewood Street, NE #11
Washington, D.C. 20017
(202) 529-6017
         PLAINTIFF,
   -Vs.-
                        )
Bowne & Company, Inc.
1341 G Street NW
Washington, DC 20007
(202) 879-8695
        DEFENDANTS.   )

CASE NUMBER   1:05CV02013

JUDGE: Reggie B. Walton

DECK TYPE: Employment Discrimination

DATE STAMP: 10/11/2005

---

### PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to Local Court rule ("LCvR") 83.11(a)(4)(B), I respectfully request that The Court appoints me an attorney.

1.) My case is very complex. I was discriminated against after my medical illness was discovered by defendants who then pressured me with verbal harassment to quit. After resisting the defendants harassing tactics, I was fired.

2.) My claims are valid and I have a high likelihood of success, as there are eyewitnesses eager to testify on my behalf. My complaints of harassment were witnessed on a daily basis by management, yet, the company chose to do nothing to stop the harassment. Plaintiff filed numerous complaints with defendants that all ignored. Finally, on March 30, 2005 his physician submitted a medical letter to defendants demanding he be allowed time to test his blood sugar. Plaintiff was then fired.

3.) I do not have financial resources to retain counsel, and diligent attempts to hire counsel has been unsuccessful. My unemployment benefits have run out. I have no

RECEIVED
SEP 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

savings, no assets, and no income. I live in subsidized housing and receive food stamps. I have contacted several lawyers to try to get them to accept my case, but none have.

4.) My claim(s) will obtain a meaningful hearing if counsel is appointed and efficiency of the court will be served. I am not a lawyer and I do not know the legal process. This case is very important to me, and I believe, all similar situated persons. I want to raise all available issues, but may not do so in a way that is efficient and correct as a lawyer would.

5.) I am agreeable to any other reason the court deems appropriate toward the granting of appointed counsel.

Accordingly, I respectfully request the court to appoint counsel for these proceedings.

Legal Authority: Poindexter vs. F.B.I., 737 F2d. 1173 (D.C. Circuit 1984).

Respectfully submitted,

Wendell G. Jackson, pro se

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a copy of Plaintiff's Motion for Appointment of Counsel has been served by first class mail, this 30th day of September 2005 on the registered agents for Bowne:

Corporation Services Company
1090 Vermont Avenue, NW
Washington, DC 20005

Respectfully submitted,

Wendell G. Jackson, pro se,
415 Edgewood Street, NE #11
Washington, D.C. 20017
(202) 529-6017

2