UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL G. JACKSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOWNE & COMPANY, INC. )<br>)<br>Defendant. )<br>) | Case No. 05-2013 (RBW) |

### DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
### TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendant, Bowne & Company, Inc. ("Bowne & Co."), through counsel, respectfully moves the Court for an extension of time to respond to Plaintiff Wendell G. Jackson's Complaint.

As set forth more fully in the accompanying Defendant's Memorandum Of Law In Support Of Its Motion For An Extension Of Time To Respond To Complaint, an extension is warranted because Mr. Jackson was never employed by Bowne & Co. Therefore, he has no claim for employment discrimination against Bowne & Co., and Bowne & Co. accordingly plans to file a motion to dismiss, or, in the alternative, for summary judgment, together with supporting declarations. Bowne & Co. seeks an additional thirty days to file its responsive pleading so that it can prepare its motion, memorandum and supporting documentation.

The undersigned counsel for Bowne & Co. certifies, pursuant to LCvR 7(m), that on November 11, 2005, she conferred via telephone with Mr. Jackson, who is proceeding in this litigation *pro se*. Counsel advised Mr. Jackson of Bowne & Co.'s intent to file the instant motion and the bases therefore and sought his agreement to this extension of time. Mr. Jackson indicated that he opposes this motion.

-2-

Bowne & Co. respectfully refers the Court's attention to its accompanying memorandum in support of this Motion, which sets out its position on this matter more fully.

Dated: November 15, 2005

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: *Amy L. Bess*
Amy L. Bess, USDC-DC Bar No. 418985
Elizabeth S. Finberg, USDC-DC Bar No. 468555
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:   202-408-6400
Facsimile:    202-408-6399
*Counsel for Defendant Bowne & Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2005, a copy of the foregoing Defendant's Motion for An Extension Of Time To Respond To Complaint and Memorandum Of Law In Support Of Its Motion For An Extension Of Time To Respond To Complaint, together with a proposed Order, were served via First Class United States, postage prepaid, on the following:

> Wendell G. Jackson
> 415 Edgewood Street, NE
> Apartment 11
> Washington, DC  20017-3305
> Telephone:    202-529-6017
> *Plaintiff, Pro Se*

_____
ELIZABETH S. FINBERG

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WENDELL G. JACKSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOWNE & COMPANY, INC. )<br>)<br>Defendant. )<br>) | Case No. 05-2013 (RBW) |

### DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), Defendant, Bowne & Company, Inc. ("Bowne & Co."), through counsel, respectfully moves the Court for an extension of time to respond to Plaintiff Wendell G. Jackson's Complaint. In support thereof, Bowne & Co. states as follows:

### I. INTRODUCTION

October 26, 2005, Bowne & Co. was served with the Complaint in the above-captioned matter. Under Fed. R. Civ. P. 12 (a)(1)(A), Bowne & Co.'s responsive pleading is due on November, 15, 2005. Bowne & Co. seeks an additional thirty days to respond to Mr. Jackson's Complaint for alleged employment discrimination because at no time was Mr. Jackson ever employed by Bowne & Co. Rather, Mr. Jackson was employed by Bowne & Co.'s former wholly-owned subsidiary, Bowne Business Solutions ("BBS"). During the term of Mr. Jackson's employment with BBS, that entity was sold to Williams Lea.[1] Accordingly, to the extent Mr. Jackson has a viable employment discrimination claim arising out of his prior employment by

---

[1] On or about October of 2004, Williams Lea purchased all of the stock of BBS, at which time all BBS employees became employees of Williams Lea.

BBS and subsequently by Williams Lea, such claim is properly brought against Williams Lea, not Bowne & Co. Bowne & Co. is an entirely separate and distinct corporate entity by which Mr. Jackson was never employed. Bowne & Co. therefore intends to file a motion to dismiss, or, in the alternative, for summary judgment in response to Mr. Jackson's complaint, and respectfully requests that it be allowed an additional thirty days to prepare its responsive pleading.

## II. ARGUMENT

Federal Rule of Civil Procedure 6(b) authorizes courts to exercise their discretion to enlarge the period of time prescribed for an act that is required or allowed to be done under the rules or by statute. *See* Fed. R. Civ. P. 6(b). When an extension is sought prior to the expiration of the prescribed period, the court may grant an extension "for cause shown." *See id.*

As outlined above, because Mr. Jackson was never employed by Bowne & Co., the defendant seeks a thirty-day extension so that it may prepare a motion to dismiss, or, in the alternative for summary judgment. Bowne & Co. also intends to file declarations supporting the fact that Mr. Jackson was never a Bowne & Co. employee, but instead worked for its former wholly-owned subsidiary, BBS, which was subsequently acquired by Williams Lea.

Bowne & Co. is working diligently to prepare its responsive pleading and believes an extension of thirty-days will allow it sufficient time to locate and secure information pertinent to Mr. Jackson's employment with its former subsidiary. Both the parties and Court will benefit from that effort to ensure that the proper parties are before the Court before this case moves forward.

## III. CONCLUSION

As the foregoing demonstrates, Bowne & Co. has shown cause for an extension of thirty days to respond to Mr. Jackson's Complaint. Accordingly, Bowne & Co. respectfully requests that the Court grant its motion and allow Bowne & Co. until December 15, 2005 to file its responsive pleading and for such other relief as the Court deems just and proper.

Dated: November 15, 2005

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: *Amy L. Bess*

Amy L. Bess, USDC-DC Bar No. 418985
Elizabeth S. Finberg, USDC-DC Bar No. 468555
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:  202-408-6400
Facsimile:   202-408-6399
*Counsel for Defendant Bowne & Co.*