UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL G. JACKSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOWNE & COMPANY, INC. )<br>)<br>Defendant. )<br>) | Case No. 05-2013 (RBW) |

## ORDER

Pursuant to Fed. R.Civ. P. 6(b), Defendant, Bowne & Company, Inc., has moved for a thirty-day extension of time to respond to the Complaint in this action.

The Court having considered Defendant's motion and supporting memoranda and being of the opinion that cause has been shown and the motion should be granted, it is hereby:

**ORDERED**, that Defendant's Motion For An Extension Of Time To Respond To Complaint is **GRANTED**. Defendant shall file its responsive pleading on or before December 15, 2005.

**SO ORDERED**.

Entered this ___ day of November, 2005.

_____
Reggie B. Walton
Judge, United States District Court