UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WENDELL G. JACKSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOWNE & COMPANY, INC. )<br>)<br>Defendant. )<br>) | Case No. 05-2013 (RBW) |

### FINANCIAL DISCLOSURE STATEMENT OF BOWNE & COMPANY, INC.

Pursuant to LCvR 7.1, I, the counsel of record for Bowne & Company, Inc. ("Bowne & Co."), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Bowne & Co. which have any outstanding securities in the hands of the public:

Bowne & Company does not have any parents, subsidiaries or affiliate entities that have issued stock or debt securities to the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: November 16, 2005          Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Amy L. Bess, USDC-DC Bar No. 418985
Elizabeth S. Finberg, USDC-DC Bar No. 468555
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:   202-408-6400
Facsimile:    202-408-6399
*Counsel for Defendant Bowne & Co.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2005, a copy of the foregoing Financial Disclosure Statement of Bowne & Company, Inc. was served via First Class United States, postage prepaid, on the following:

    Wendell G. Jackson
    415 Edgewood Street, NE
    Apartment 11
    Washington, DC  20017-3305
    Telephone:    202-529-6017
    *Plaintiff, Pro Se*

                                              _____
                                              ELIZABETH S. FINBERG