UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **WENDELL G. JACKSON** | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-2013 (RBW) |
| **BOWNE & COMPANY, INC.** | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 12(b)(6) Defendant, Bowne & Company, Inc. ("Bowne & Co."), [1] through counsel, respectfully moves the Court to dismiss the above-captioned complaint in its entirety, with prejudice. In the alternative, Bowne & Co. respectfully moves the Court to enter judgment in its favor as a matter of law, pursuant to Fed. R. Civ. P 56.

As set forth more fully in the accompanying Defendant's Memorandum Of Law In Support Of Its Motion To Dismiss, Or, In The Alternative, For Summary Judgment and supporting declarations, Mr. Jackson was never employed by Bowne & Co. Therefore, he has no claim for employment discrimination against Bowne & Co. Accordingly, there is no set of facts which entitle Mr. Jackson to the relief he seeks against Bowne & Co. and the Complaint should be dismissed in its entirety, with prejudice. In the alternative, there is no genuine issue of material fact in dispute and Bowne & Co. is entitled to judgment as a matter of law.

---

[1] The Complaint incorrectly denominates the Defendant's corporate name as Bowne & Company, Inc. The correct name is Bowne & Co., Inc. *See* Declaration of Scott L. Spitzer at ¶1; Declaration of Jennifer Partridge at ¶4, attached to Defendant's Memorandum of Law in Support of its Motion to Dismiss, Or, in the Alternative, for Summary Judgment as Exhibits A and B, respectively.

The undersigned counsel for Bowne & Co. certifies, pursuant to LCvR 7(m), that on November 11, 2005, she conferred via telephone with Mr. Jackson, who is proceeding in this litigation *pro se*. Counsel advised Mr. Jackson of Bowne & Co.'s intent to file the instant motion and the bases therefore and sought his agreement to dismiss this lawsuit against Bowne & Co. Mr. Jackson indicated that he opposes this motion.

Bowne & Co. respectfully refers the Court's attention to its accompanying memorandum in support of this Motion, which sets out its position on this matter more fully.

Dated: December 15, 2005            Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP


By:            /s/
Amy L. Bess, D.C. Bar No. 418985
Elizabeth S. Finberg, D.C. Bar No. 468555
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:    202-408-6400
Facsimile:    202-408-6399
*Counsel for Defendant Bowne & Co., Inc..*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2005, a copy of the foregoing Defendant's Motion To Dismiss, Or, In The Alternative, For Summary Judgment, together with Defendant's Memorandum Of Law In Support Of Its Motion To Dismiss, Or, In The Alternative, For Summary Judgment and proposed Order, were served via First Class United States, postage prepaid, on the following:

>Wendell G. Jackson
>415 Edgewood Street, NE
>Apartment 11
>Washington, DC  20017-3305
>Telephone:    202-529-6017
>*Plaintiff, Pro Se*

>            /s/
>ELIZABETH S. FINBERG