# EXHIBIT A

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WENDELL G. JACKSON | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) |
|  | ) |
| BOWNE & COMPANY, INC. | ) |
|  | ) |
| Defendant. | ) |

Case No. 05-2013 (RBW)

### DECLARATION OF SCOTT L. SPITZER
### IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS,
### OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, Scott L. Spitzer hereby make the following declaration:

1.     I am the Senior Vice President, General Counsel and Corporate Secretary of Bowne & Co., Inc., incorrectly denominated in the title of the action as Bowne & Company, Inc. ("Bowne & Co.").

2.     Bowne & Co. is engaged in the business of providing financial printing, digital printing and electronic delivery of personalized communications.

3.     As Bowne & Co.'s Senior Vice President, General Counsel and Corporate Secretary, I have personal knowledge of Bowne & Co.'s corporate structure and have access to the business records of Bowne & Co., including its historical personnel records, including its present and past roster of employees.

4.     From July 6, 1998 until approximately November 9, 2004, Bowne Business Solutions, Inc. ("BBS") was a wholly-owned subsidiary of Bowne & Co. As a Bowne & Co. subsidiary, BBS was a separate and distinct corporate entity engaged in providing corporate information solutions to corporations and other business organizations.

5.     Based upon my personal knowledge gained through my employment with Bowne & Co. and my review of Bowne & Co.'s business records, including personnel files, I have determined that the plaintiff in this case, Wendall G. Jackson was never employed by Bowne & Co., but instead formerly was employed by Bowne & Co.'s former wholly-owned subsidiary, Bowne Business Solutions, Inc. ("BBS").

6.     On or about November 9, 2004, Bowne & Co. completed a sale of all BBS stock to Williams Lea Holdings, Inc., whereupon Bowne & Co. divested itself of all BBS assets and liabilities.

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge and belief.

Dated: December 14, 2005.

Scott L. Spitzer
Senior Vice President, General Counsel and
Corporate Secretary

- 2 -