# EXHIBIT B

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WENDELL G. JACKSON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 05-2013 (RBW) |
| ) | |
| BOWNE & COMPANY, INC. ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF JENNIFER PARTRIDGE
### IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS,
### OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, Jennifer Partridge hereby make the following declaration

1. I am the Senior Vice President & Corporate Counsel of Williams Lea Inc. ("Williams Lea").

2. Williams Lea is a Delaware corporation engaged in the business of providing corporate information solutions to a variety of businesses and industries worldwide.

3. As Williams Lea's Senior Vice President & Corporate Counsel, I have personal knowledge of Williams Lea's corporate structure and have access to Williams Lea's business records, including Williams Lea's historical personnel records, including its present and past roster of employees.

4. On or about November 9, 2004, Williams Lea Holdings Inc. acquired all of the stock of Bowne Business Solutions, Inc. ("BBS") from Bowne & Co., Inc., (incorrectly denominated in the title of the action as Bowne & Company, Inc.) ("Bowne & Co."), whereupon, all BBS employees became employees of Williams Lea by virtue of the acquisition.

5. On or about April 18, 2005, Williams Lea formally changed the name of BBS to Williams Lea Inc.

6. I have reviewed Williams Lea's personnel records, which include BBS's employment records both prior to and after the November 9, 2004, and have determined that the plaintiff in this case, Wendall Garnell Jackson, was employed by BBS from May 5, 2003 through April 6, 2005. As a result of Williams Lea's acquisition of BBS, Mr. Jackson became a Williams Lea employee on November 9, 2004. Mr. Jackson's employment with Williams Lea was terminated on April 6, 2005.

7.  On or about May 16, 2005, Mr. Jackson filed a Charge of Discrimination against BBS with the United States Equal Employment Opportunity Commission ("EEOC"). In that document, Mr. Jackson alleged that his former employer, BBS, discriminated against him on the basis of an alleged disability. Mr. Jackson's Charge of Discrimination did not make any mention of Bowne & Co. as his prior employer, and such Charge of Discrimination was dismissed on July 5, 2005. Attached to this declaration as Exhibit I is a true and correct copy of Mr. Jackson's Charge of Discrimination and the EEOC Dismissal and Notice of Rights.

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge and belief.

Dated: December 14, 2005.

_____
Jennifer Partridge
Senior Vice President & Corporate Counsel