# ATTACHMENT 1
# TO
# EXHIBIT B

EEOC FORM 131 (5/01)

# U. S. Equal Employment Opportunity Commission

**PERSON FILING CHARGE**

Ms Sheila Amo
Human Resopurces Generalist
BOWNE BUSINESS SOLUTIONS
1341 G Street, NW
Suite 720
Washington, DE

Wendell Jackson

THIS PERSON (check one or both)
[X] Claims To Be Aggrieved
[ ] Is Filing on Behalf of Other(s)

EEOC CHARGE NO.
100-2005-01052

## NOTICE OF CHARGE OF DISCRIMINATION
(See the enclosed for additional information)

This is notice that a charge of employment discrimination has been filed against your organization under:

[X] Title VII of the Civil Rights Act
[X] The Americans with Disabilities Act
[X] The Age Discrimination in Employment Act
[ ] The Equal Pay Act

The boxes checked below apply to our handling of this charge:

1. [X] No action is required by you at this time.

2. [ ] Please call the EEOC Representative listed below concerning the further handling of this charge.

3. [ ] Please provide by _____ a statement of your position on the issues covered by this charge, with copies of any supporting documentation to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

4. [ ] Please respond fully by _____ to the enclosed request for information and send your response to the EEOC Representative listed below. Your response will be placed in the file and considered as we investigate the charge. A prompt response to this request will make it easier to conclude our investigation.

5. [ ] EEOC has a Mediation program that gives parties an opportunity to resolve the issues of a charge without extensive investigation or expenditure of resources. If you would like to participate, please say so on the enclosed form and respond by _____ to _____
If you DO NOT wish to try Mediation, you must respond to any request(s) made above by the date(s) specified there.

For further inquiry on this matter, please use the charge number shown above. Your position statement, your response to our request for information, or any inquiry you may have should be directed to:

Stanika K. Smith,
Investigator Support Asst
EEOC Representative
Telephone: (202) 419-0743

Washington Field Office
1801 L Street, N.W.
Suite 100
Washington, DC 20507

Enclosure(s): [ ] Copy of Charge

**CIRCUMSTANCES OF ALLEGED DISCRIMINATION**

[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN  [X] AGE  [X] DISABILITY  [ ] RETALIATION  [ ] OTHER

ISSUES: Discharge, Harassment

DATE(S) (on or about): EARLIEST: 06-16-2003  LATEST: 04-16-2005

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| May 26, 2005 | Dana Hutter, Acting Director | Dana R Hutter |

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>100-2005-01052 |
|---|---|---|

D.C. Office Of Human Rights ___ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.)<br>**Mr. Wendell Jackson** | Home Phone No. (Incl Area Code)<br>(202) 213-9520 | Date of Birth<br>08-09-1952 |
|---|---|---|

Street Address: **415 Edgewood St., N.E. Washington, DC 20017**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**BOWNE BUSINESS SOLUTIONS** | No. Employees, Members<br>101 - 200 | Phone No. (Include Area Code)<br>(202) 879-8695 |
|---|---|---|

Street Address: **1341 G Street, N W, Suite 720, Washington, DC 20005**

DISCRIMINATION BASED ON *(Check appropriate box(es).)*:
- [x] RACE
- [ ] COLOR
- [ ] SEX
- [ ] RELIGION
- [ ] NATIONAL ORIGIN
- [ ] RETALIATION
- [x] AGE
- [x] DISABILITY
- [ ] OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest _____
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I have been employed with the Respondent as a Client Services Associate since June of 2003, until my termination on April 6, 2005. The Respondent stated, I was being terminated because of past criminal record. However, I have complained in the past of harassment because I have been scrutinized, by and ridiculed about my disability and age (52). I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967 and the Americans with Disabilities Act of 1990.

[Stamp: 2005 MAY 16 P 12:30 EEOC WASHINGTON FIELD OFFICE / 1400 L ST N W WASHINGTON D.C. 20005]

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: May 16, 2005
Charging Party Signature: /s/ Wendell Jackson

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: Wendell Jackson
415 Edgewood St., N.E.
Washington, DC 20017

From: Washington Field Office
1801 L Street, N.W.
Suite 100
Washington, DC 20507

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 100-2005-01052 | Janet Stump, Acting Enforcement Supervisor | (202) 419-0736 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Dana Hutter_ (signature)      JUL 5 2005

Enclosure(s)       Dana Hutter,
Acting Director      (Date Mailed)

cc: Sheila Amo
Human Resources Generalist
BOWNE BUSINESS SOLUTIONS
1341 G Street, NW
Suite 720
Washington, DE