UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WENDELL G. JACKSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOWNE & COMPANY, INC. )<br>)<br>Defendant. )<br>) | Case No. 05-2013 (RBW) |

## ORDER

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant, Bowne & Company, Inc.[1], has moved for dismissal of the above-captioned Complaint on the ground that the Plaintiff was never employed by the Defendant and therefore is not entitled to the relief he seeks in this lawsuit for alleged acts of employment discrimination. In the alternative, the Defendant asks the Court to enter judgment in its favor as a matter of law, pursuant to Fed. R. Civ. P. 56.

The Court having considered Defendant's motion, supporting memorandum and declarations, together with a Charge of Discrimination filed by the Plaintiff, all of which demonstrate to the Court's satisfaction that Plaintiff was never employed by the Defendant, the Court is of the opinion that Defendant's motion should be **GRANTED**. Is it therefore:

**ORDERED**, that Defendant's Motion to Dismiss is **GRANTED**. The Complaint is hereby dismissed in its entirety, with prejudice.

**SO ORDERED**.

Entered this ___ day of December, 2005.

_____]
Reggie B. Walton
Judge, United States District Court

---

[1]  The Complaint incorrectly denominates the Defendant's corporate name as Bowne & Company, Inc. The correct name is Bowne & Co., Inc.