UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENDELL G. JACKSON          )
        Plaintiff,                )
    v.                          )   Case No. 05-2013 (RBW)
BOWNE & COMPANY, INC.       )
        Defendant.                )

### PLAINTIFF'S ANSWER TO DEFENDANT'S FINANCIAL DISCLOSURE STATEMENT OF BOWNE & COMPANY, INC.

Plaintiff hereby states that his belief that Bowne & Co., Inc. is the parent of Bowne Financial Print, Bowne Enterprise Solutions, Bowne Litigation Solutions, and Bowne Business Solutions as was stated in his orientation on or about April 30, 2003 by Bowne Personnel. Further, plaintiff admits that his education and knowledge does not rise above the high school level and therefore prays that the Court does not hold him to such stringent standards as the Court would a practiced attorney.

Respectfully submitted,

*Wendell G. Jackson*
Wendell G. Jackson, pro se
415 Edgewood St., NE #11
Washington, DC 20017
Telephone: 202-529-6017
Facsimile: 202-529-6017
Cellular:  202-213-9520

RECEIVED
JAN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2006, a copy of the foregoing Answer to Defendant's Financial Disclosure Statement of Bowne & Company, Inc. was served via First Class United States, postage prepaid, on the Counsel for Defendant for Bowne & Company, Incorporated:

> SONNENSCHEIN NATH & ROSENTHAL LLP
> Amy L. Bess, USDC-DC Bar No. 418985
> Elizabeth S. Finberg, USDC-DC Bar No 468555
> 1301 K Street, NW
> Suite 600, East Tower
> Washington, DC 20005
> Telephone: 202-408-6400
> Facsimile: 202=408-6399

Respectfully submitted,

*Wendell G. Jackson*
Wendell G. Jackson/pro se
415 Edgewood St., NE #11
Washington, DC 20017
Telephone: 202-529-6017
Facsimile: 202-529-6017
Cellular: 202-213-9520