UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL G. JACKSON )<br><br>      Plaintiff, )<br><br>v. )<br><br>BOWNE & COMPANY, INC. )<br><br>      Defendant. ) | Case No. 05-2013 (RBW) |

### PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGEMENT

Plaintiff hereby respectfully moves the Court to honor the above-captioned complaint in its entirety without prejudice where Mr. Jackson did in his filing with the EEOC name BBS as the defendant.

In the alternative, plaintiff respectfully moves the Court to enter judgement in his favor, albeit his ignorance of the Bowne company structure.

As set forth more fully in the accompanying <u>Defendant's Memorandum Of Law In Support Of It's Motion To Dismiss, Or, In the Alternative, For Summary Judgement and Supporting Declarations</u>, Plaintiff was led by Bowne company documents to believe that he was employed by Bowne & Company, Inc. In the alternative, there exists a genuine set of factual documents which entitles Mr. Jackson to relief where Bownes' Harrassment Policy for BBS employees is clearly titled "Bowne & Company", not "BBS", which in itself, entitles plaintiff Jackson to judgement as a matter of fact.

<u>Respectfully submitted,</u>

*Wendell G Jackson*
Wendell G. Jackson/pro se
415 Edgewood St., NE #11
Washington, DC 20017
Telephone: 202-529-6017
Facsimile: 202-529-6017
Cellular:  202-213-9520

RECEIVED
JAN 13 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2006, a copy of the foregoing <u>Plaintiff's Motion In Opposition To Defendant's Motion To Dismiss, Or, In the Alternative, For Summary Judgement and Supporting Declarations</u> was mailed via First Class United States, postage prepaid, on the Counsel for Defendant for Bowne & Company, Incorporated:

> SONNENSCHEIN NATH & ROSENTHAL LLP
> Amy L. Bess, USDC-DC Bar No. 418985
> Elizabeth S. Finberg, USDC-DC Bar No 468555
> 1301 K Street, NW
> Suite 600, East Tower
> Washington, DC 20005
> Telephone: 202-408-6400
> Facsimile: 202-408-6399

Respectfully submitted,

*[signature]*
Wendell G. Jackson, pro se
415 Edgewood St., NE #11
Washington, DC 20017
Telephone: 202-529-6017
Facsimile: 202-529-6017
Cellular: 202-213-9520