# EXHIBIT 1

Case 1:05-cv-02013-RBW    Document 12-2    Filed 01/25/2006    Page 1 of 12

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WENDELL G. JACKSON )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BOWNE & COMPANY, INC. )<br>)<br>Defendant. )<br>) | Case No. 05-2013 (RBW) |

DECLARATION OF JENNIFER PARTRIDGE
IN FURTHER SUPPORT OF DEFENDANT'S MOTION TO DISMISS,
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Pursuant to 28 U.S.C. § 1746, I, Jennifer Partridge, hereby make the following declaration:

1. I am the Senior Vice President and Corporate Counsel of Williams Lea Inc. ("Williams Lea").

2. Williams Lea is a Delaware corporation engaged in the business of providing corporate information solutions to a variety of businesses and industries worldwide.

3. On or about November 9, 2004, Williams Lea acquired all of the stock of Bowne Business Solutions, Inc. ("BBS") from Bowne & Co., Inc., whereupon, all BBS employees, including the plaintiff in this action, Wendell Garnell Jackson ("Mr. Jackson"), became employees of Williams Lea by virtue of the acquisition.

4. As Williams Lea's Senior Vice President and Corporate Counsel, I have personal knowledge of Williams Lea's corporate structure and access to its business records, including personnel records for past and present employees of Williams Lea and Bowne Business Solutions, Inc. ("BBS").

5. Between November 9, 2004 and April 17, 2005, Williams Lea continued to operate BBS under the BBS name. On or about April 18, 2005, Williams Lea formally changed the name of BBS to Williams Lea.

6. I have reviewed Williams Lea's personnel records relating to Mr. Jackson's employment, which include BBS's and Williams Lea's employment records for Mr. Jackson.

7.     On or about November 6, 2002, Mr. Jackson applied for employment with BBS, by filling out an employment application form that listed Bowne Business Solutions as the potential employer. A copy of Mr. Jackson's Employment Application with BBS, which was created and maintained by BBS, and subsequently by Williams Lea, in the ordinary course of business, is attached hereto as Exhibit A.

8.     On or about April 6, 2005, following the termination of Mr. Jackson's employment by BBS/Williams Lea, BBS/Williams Lea sent a notice regarding post-employment benefits to Mr. Jackson. This document identifies Mr. Jackson's his former employer as Bowne Business Solutions, Inc. A true and correct copy of the April 18, 2005 letter issued by BBS/Williams Lea to Mr. Jackson, which was created and maintained by BBS/Williams Lea in the ordinary course of business, is attached hereto as Exhibit B.

9.     In or about early 2005, BBS issued an IRS Form W-2 to Mr. Jackson relating to his employment with BBS for the calendar year 2004. A true and correct copy of Mr. Jackson's 2005 W-2 Form is attached hereto as Exhibit C. This form shows that Mr. Jackson's employer is identified, for tax purposes, as "Bowne Business Solutions."

I declare under penalty of perjury that the foregoing is true and correct to the best of knowledge and belief.

Dated: January 24, 2006

_____
Jennifer Partridge
Senior Vice President and Corporate Counsel
Williams Lea Inc.

# 1/24/06 Partridge Declaration

# EXHIBIT A

# BOWNE

## BUSINESS SOLUTIONS

EMPLOYMENT APPLICATION

*H. W. Lloyd*
*Temp.*

### Read carefully—information and instructions:

- Each applicant must complete this application; a resume will not be accepted in place of the application. You may attach a resume, but you still must complete each section/question asked as certain questions/information are not covered by your resume.
- To be considered for employment, candidates will complete a background check, drug test, and credit check if applicable.
- All qualified applicants will receive equal opportunity for employment without regard to race, color, religion, sex, age, national origin, national ancestry, disability, or other factors proscribed by federal, state, or local law.
- Please print using ink, and complete all sections of the application.

Name: First **Wendell** MI **G.** Last **Jackson**    Date **Nov. 6, 2002**

Address: Street **813 Randolph ST NW #2** City **Wash** State **DC** Zip **20011**

Telephone **545-5072**    Message Phone    SS# (optional) **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**

Position Applied For **Document clerk**    Salary Requirements **$10.00 hr.**

Date Available **Nov. 6, 2002**    Preferred Hours/Shift

List hours available for each day:

| | M | T | W | Th | F | Sa | Su |
|---|---|---|---|---|---|---|---|
| from: | 9 AM | 9 AM | 9 AM | 9 AM | 9 AM | 9 AM | |
| to: | 6 PM | 6 PM | 6 PM | 6 PM | 6 PM | 6 PM | |

### PERSONAL DATA

Are you legally permitted to work in the U.S.?   ☑ Yes   ☐ No    Age, if under 18

Have you previously been employed by Bowne Business Services, Donnelley Enterprise Solutions, Inc., or any of its affiliates?   ☑ Yes   ☐ No
If yes, indicate date(s) and location(s). **2001 Rockville / 2002 1616 K / 2002 3030 M**

Referred to Bowne Business Solutions by: **Kevin Johnson - Mgr**

Are you willing to travel, if the job requires it?   ☑ Yes   ☐ No    If Yes, **100**% of the time

Would you relocate?   ☑ Yes   ☐ No

Have you ever been convicted of a crime (felony or misdemeanor) other than a minor traffic violation?*
☑ Yes   ☐ No

*A conviction record will not necessarily preclude employment. All circumstances will be considered.

### EDUCATION

| School | Name and Location of School | Circle Last Grade Completed | Major | Degree |
|---|---|---|---|---|
| High School | Eastern Wash DC | 9 10 11 (12) | | HSD |
| College or University | UDC Wash DC | 1 (2) 3 4 | Computer Science | Cert |
| Graduate School | | 1 2 3 4 | | |
| Other | Sylvan Tech Inst | 1 2 3 4 | | A+ cert |

## EMPLOYMENT

List all jobs, Military Service, and self-employment for the last 10 years starting with your most recent. Account for any time during this period you were unemployed.

**Company Name:** Careers USA
**Nature of Business:** Temp Services
**Address:** 1750 K ST NW
**City, State:** Wash DC
**Supervisor Name & Title:** Sharmaine Glenn, Mgr.
**Telephone:** 457-9000
**Dates of Employment:** From: 3/00  To: present
**Salary:** Starting: $9.00 hr  Ending:
**Job Title:** Starting: Office asst  Ending:
**Reason for Leaving:** I am currently being paid by Careers to perform work for Bowne at Venable
**Permission to contact employer?** ☑ Yes  ☐ No
**Description of Duties:** Operate xerox, mailer, GBC binder, fax, UPS computer, printers; make daily court runs, conference set-ups, sort & distribute mail

**Company Name:** Answer Temps
**Nature of Business:** Temp Services
**Address:** 910 17 ST NW
**City, State:** Wash DC
**Supervisor Name & Title:** Tonya Holding, Mgr.
**Telephone:** 835-0190
**Dates of Employment:** From: 4/01  To: 9/01
**Salary:** Starting: $10.00 hr  Ending: $10.00 hr
**Job Title:** Starting: Office clerk  Ending:
**Reason for Leaving:** Assignment ended
**Permission to contact employer?** ☑ Yes  ☐ No
**Description of Duties:** Monitored calls to ensure school children were picked-up/delivered from home to school timely on a daily basis

**Company Name:** Manpower
**Nature of Business:** Temp Services
**Address:** 1101 Connecticut Ave
**City, State:** Wash DC
**Supervisor Name & Title:** Kendra White, Supv
**Telephone:** 331-8300
**Dates of Employment:** From: 6/00  To: 12/01
**Salary:** Starting: $10.00 hr  Ending: $10.00 hr
**Job Title:** Starting: Office Mover  Ending:
**Reason for Leaving:** Labor too strenuous
**Permission to contact employer?** ☑ Yes  ☐ No
**Description of Duties:** Moved office furniture, unloaded trucks, stacked books, erected shelves for merchandise

**Software**
- ☑ Windows
- ☑ NT
- ☑ Microsoft Office
- ☑ Access
- ☐ Exchange
- ☑ Excel
- ☑ Outlook
- ☑ Powerpoint
- ☑ Word
- ☐ Corel Draw
- ☐ QuarkXpress
- ☐ Photoshop
- ☐ Other (Please Specify)

- ☐ Macintosh
- ☐ Novell
- ☐ WordPerfect
- ☐ Lotus Notes
- ☐ Docs Open
- ☐ Interaction
- ☐ Summation
- ☐ Concordance
- ☐ JFS Litigators Notebook
- ☐ Illustrator
- ☑ Pagemaker
- ☐ Visio

**Hardware**
- ☑ Compaq
- ☑ IBM
- ☐ Cisco
- ☑ Dell
- ☑ Gateway
- ☐ Toshiba
- ☐ Bay Networks
- ☐ Other (Please Specify)

**Equipment**
- ☑ Copiers
- ☐ Color
  Brand Name

- ☑ Black & White
  Brand Name
  XEROX
  PITNEY BOWES

- ☑ Fax Machines
  Brand Name
  CANNON

- ☑ Postage/Mail
  Brand Name
  PITNEY BOWES

Last Name: Jackson
First Name: Wendell
MI: G.

## PROFESSIONAL REFERENCES

List four (4) employment references.

| Name | Company | Address | Telephone | Relationship/Years of Acquaintance |
|---|---|---|---|---|
| Shreeka Jackson, PhD | GWU | 2121 M ST | 994-2940 | dau/life |
| Beatrice Harris, LPN | SH-RN | VanBuan, DC | 723-9264 | pas/2 yrs |
| Regina Carter | Compu | Riverdale, Md | (301) 306-5204 | niece/life |
| Selina Oliver, Supv | Metro | Clinton Md | (301) 877-1484 | niece/life |

**Military Status**

Have you ever served in the military?    ☐ Yes    ☒ No    From _____ to _____

Branch of Service
☐ Army    ☐ Navy    ☐ Marines    ☐ Coast Guard    ☐ Other/specify

Reserve Status
☐ Ready Reserve    ☐ Standby Reserve    ☐ Retired Reserve

By signing below:

I hereby certify that the answers given by me to the foregoing questions and statements made are true and correct. If employment is obtained, I agree to conform to the rules and regulations of this Company. I understand that, if hired, my employment and compensation can be terminated with or without notice at any time and with or without cause, at the option of myself or the Company.

I give Bowne Business Solutions (BBS) the right to investigate all references and to secure additional information about me, if job related. I hereby release BBS and its representatives from liability for seeking such information and all other persons, corporations, or organizations for furnishing such information. If, upon investigation, anything contained in this application is found to be untrue or if I have made relevant omission of facts pertinent to employment eligibility (whenever discovered), I understand that my application will be rejected, or that I will be subject to dismissal after employment.

_____Kendell H. Jackson_____    _____November 6, 2002_____
Signature of Applicant                    Date Signed

2/99

# 1/24/06 Partridge Declaration

# EXHIBIT B



# BOWNE Business Solutions

Bowne Business Solutions, Inc.
1341 G Street NW, Suite 720
Washington, DC 20007
Phone: 202-879-8627
Fax: 202-879-8664

April 8, 2005

Dear Wendell:

This letter will serve to confirm your separation of employment effective April 6, 2005.

Effective with your separation, all of the benefits afforded to you as an employee of Bowne Business Solutions, Inc. are terminated. Your medical / dental / vision coverage will continue to be in effect until the last day of the month, April 30, 2005. After that date, you do have the right to continue your medical coverage through COBRA. Additionally, your life insurance may also be converted to a private plan of insurance within 31 days of your termination. Any contributions that you have made into the BBS 401K or Stock Purchase Plan may be vested. I have enclosed 401k termination and direct rollover forms for your use should you need them. All of the information regarding your benefits and the information for continuation insurance (COBRA) will be sent to you shortly. Once you receive the materials it is your responsibility to contact the appropriate providers and elect what you wish to do.

PTO
You accrued 3.75 days (30 hours) of PTO for the 3 full months of 2005 that you were employed here. You took off 3 days (24 hours) of PTO time and therefore 6 hours of PTO time will be included in your final paycheck, per Bowne Business Solutions PTO policy. Your final pay check will be generated on April 8, 2005.

W2
It is critical that you keep your address current with Bowne Business Solutions, Inc. so that you receive your W2 form promptly next year. If you have an address change, please contact me at (202) 220-0313.

Bowne Confidentiality Statement
The last item is of extreme importance. Enclosed is the Bowne Confidentially Statement that you signed effective with your employment with BBS. I have enclosed it to remind you of your continuing legal obligation to the requirements and restrictions included in the document. This is for your reference only. You do not have to return it.

If you have any questions, please feel free to contact me.

Sincerely,

Sheila Amo
Human Resources Generalist
South East Region

# 1/24/06 Partridge Declaration

# EXHIBIT C



| 1 Wages, tips, other comp. 20760.63 | 2 Federal income tax withheld 827.95 |
|---|---|
| 3 Social security wages 20760.63 | 4 Social security tax withheld 1287.16 |
| 5 Medicare wages and tips 20760.63 | 6 Medicare tax withheld 301.03 |

| a Control Number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 915118 73/UPG | 023323 | A | 1197 |

c Employer's name, address, and ZIP code
BOWNE BUSINESS SOLUTIONS
500 W MADISON SUITE 330
CHICAGO IL 60661

Batch #01516

| b Employer's FED ID number 13-3160717 | d Employee's SSA number 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 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b / 12c / 12d / 13 Stat emp. Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
WENDELL G JACKSON
415 EDGEWOOD ST NE
#11
WASHINGTON,DC 20017

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| DC | 13-3160717 | 20760.63 |
| 17 State income tax 1055.15 | | 18 Local wages, tips, etc. |
| 19 Local income tax | | 20 Locality name |

Safe, accurate, FAST! Use IRS e-file  Visit the IRS Web Site at www.irs.gov.

**W-2** Employee Reference Copy
Wage and Tax Statement **2004**
OMB No. 1545-0008
Copy C for employee's records.

---

**This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.**

1. The following information reflects your final 2004 pay stub plus any adjustments submitted by your employer.

| | | | | | |
|---|---|---|---|---|---|
| Gross Pay | 22419.89 | Social Security Tax Withheld Box 4 of W-2 | 1287.16 | DC. State Income Tax Box 17 of W-2 | 1055.15 |
| | | | | SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 827.95 | Medicare Tax Withheld Box 6 of W-2 | 301.03 | | |

2. Your Gross Pay Was Adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | DC. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 22,419.89 | 22,419.89 | 22,419.89 | 22,419.89 |
| Less Misc. Non Taxable Comp. | 200.00 | 200.00 | 200.00 | 200.00 |
| Less Other Cafe 125 | 1,459.26 | 1,459.26 | 1,459.26 | 1,459.26 |
| Reported W-2 Wages | 20,760.63 | 20,760.63 | 20,760.63 | 20,760.63 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

WENDELL G JACKSON
415 EDGEWOOD ST NE
#11
WASHINGTON,DC 20017

Social Security Number: 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
Taxable Marital Status: MARRIED
Exemptions/Allowances:
FEDERAL: 1
STATE: 1

© 2004 AUTOMATIC DATA PROCESSING, INC.

---

[Federal Filing Copy — W-2 2004]

| 1 Wages, tips, other comp. 20760.63 | 2 Federal income tax withheld 827.95 |
|---|---|
| 3 Social security wages 20760.63 | 4 Social security tax withheld 1287.16 |
| 5 Medicare wages and tips 20760.63 | 6 Medicare tax withheld 301.03 |

a Control Number 915118 73/UPG 023323 Corp. A Employer use only 1197

c BOWNE BUSINESS SOLUTIONS
500 W MADISON SUITE 330
CHICAGO IL 60661

b 13-3160717 / d 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

WENDELL G JACKSON
415 EDGEWOOD ST NE
#11
WASHINGTON,DC 20017

15 DC 13-3160717   16 20760.63
17 State income tax 1055.15

**W-2** Federal Filing Copy Wage and Tax Statement **2004**
Copy B to be filed with employee's Federal Income Tax Return.

---

[DC. State Reference Copy — W-2 2004]

| 1 20760.63 | 2 827.95 |
|---|---|
| 3 20760.63 | 4 1287.16 |
| 5 20760.63 | 6 301.03 |

a 915118 73/UPG 023323 A 1197

BOWNE BUSINESS SOLUTIONS
500 W MADISON SUITE 330
CHICAGO IL 60661

b 13-3160717 / d 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

WENDELL G JACKSON
415 EDGEWOOD ST NE
#11
WASHINGTON,DC 20017

15 DC 13-3160717   16 20760.63
17 1055.15

**W-2** DC.State Reference Copy Wage and Tax Statement **2004**
Copy 2 to be filed with employee's State Income Tax Return.

---

[DC.State Filing Copy — W-2 2004]

| 1 20760.63 | 2 827.95 |
|---|---|
| 3 20760.63 | 4 1287.16 |
| 5 20760.63 | 6 301.03 |

a 915118 73/UPG 023323 A 1197

BOWNE BUSINESS SOLUTIONS
500 W MADISON SUITE 330
CHICAGO IL 60661

b 13-3160717 / d 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

WENDELL G JACKSON
415 EDGEWOOD ST NE
#11
WASHINGTON,DC 20017

15 DC 13-3160717   16 20760.63
17 1055.15

**W-2** DC.State Filing Copy Wage and Tax Statement **2004**
Copy 2 to be filed with employee's State Income Tax Return.