UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**WENDELL G. JACKSON,**

    **Plaintiff,**

        **v.**                          Civil Action No. 05-2013 (RBW)

**BOWNE & COMPANY, INC.,**

    **Defendant.**

**ORDER**

In accordance with the Memorandum Opinion issued this 20th day of March 2006, it is

**ORDERED** that defendant's motion to dismiss or, in the alternative, for summary judgment [Dkt.# 7] is **DENIED without prejudice**. It is

**FURTHER ORDERED** that plaintiff shall file an amended complaint within 20 days of this Order.

                                        _____/s/_____
                                        REGGIE B. WALTON
                                        United States District Judge