UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WENDELL G. JACKSON, | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 05-2013 (RBW) |
| | ) | |
| BOWNE BUSINESS SOLUTIONS, | ) ) ) | |
| Defendant. | ) ) | |

### FINANCIAL DISCLOSURE STATEMENT OF BOWNE BUSINESS SOLUTIONS

Pursuant to LCvR 7.1, I, the counsel of record for Bowne Business Solutions, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Bowne Business Solutions which have any outstanding securities in the hands of the public:

Bowne Business Solutions does not have any parents, subsidiaries or affiliate entities that have issued stock or debt securities to the public.  However, on or about November 9, 2004, Williams Lea Holdings Inc. acquired all of the stock of Bowne Business solutions from Bowne Business Solutions' parent corporation, Bowne & Co.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: April 27, 2006

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____/s/_____
Amy L. Bess, DC Bar No. 418985
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone:   202-408-6400
Facsimile:   202-408-6399

*Counsel for Defendant Bowne Business Solutions*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2006, a copy of the foregoing Financial Disclosure Statement of Bowne Business Solutions was served via First Class United States, postage prepaid, on the following:

Wendell G. Jackson
415 Edgewood Street, NE
Apartment 11
Washington, DC  20017-3305
Telephone:   202-529-6017
*Plaintiff, Pro Se*

_____/s/_____
Amy L. Bess

- 2 -