PRAECIPE

**FILED**

# United States District Court
## for the District of Columbia

JUL 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the __11th__ day of __July__ 19__06__

__Wendell Jackson__
vs.
__Bowne Business Solutions__

(Civil)/ Criminal
Action No. __1:05CV02013__
__RBW__

The Clerk of said Court will __enter an Order reflecting that the parties have reached an agreed resolution of all claims and defenses contained in the Amended Complaint. A proposed order of dismissal with prejudice will be submitted for entry by this Court on or before August 11, 2006.__

__July 11, 2006__
Date

__DC Bar # 418985__
BAR IDENTIFICATION NO.

Agreed:
__Wendell Jackson__ (signature)
Pro Se Plaintiff

Wendell Jackson

__Amy L. Bess__ (signature)
Signature

__Amy L. Bess__   Sonnenschein Nath and Rosenthal LLP
Print Name

__1301 K St., NW, Suite 600-E__
Address

__Washington, DC   20005__
City              State    Zip Code

__202.408.6400__
Phone Number

**CERTIFICATE OF SERVICE**