IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENDELL G. JACKSON,<br><br>        Plaintiff,<br>v.<br><br>BOWNE BUSINESS SOLUTIONS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Case No. 05-2013 (RBW)<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Wendell G. Jackson and Defendant Bowne Business Solutions, Inc., the parties having now fully and finally resolved all claims and disputes between them that are or could have been the subject of the above-captioned action, that this action should be and is hereby dismissed with prejudice, each party bearing his or its own costs and attorneys' fees in connection with this matter.

Respectfully submitted,

*/s/ Wendell G. Jackson*
Wendell G. Jackson
Plaintiff, *Pro Se*

**SONNENSCHEIN NATH & ROSENTHAL LLP**

                       /s/ Amy L. Bess
Amy L. Bess, D.C. Bar No. 418985
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
202-408-6400
abess@sonnenschein.com

**Counsel for Defendant
Bowne Business Solutions**

25180249\V-1

- 2 -

**SO ORDERED:**

_____
**United States District Judge**


_____
**Date**


Copies to:

Amy L. Bess, D.C. Bar No. 418985
SONNENSCHEIN NATH & ROSENTHAL LLP
1301 K Street, N.W., Suite 600, East Tower
Washington, D.C. 20005

Wendell Garnell Jackson
415 Edgewood Street, NE, Apartment 11
Washington, DC 20017-3305

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of August, 2006, a copy of the foregoing Joint Stipulation and Order of Dismissal with Prejudice was filed with the Court via the Court's Electronic Case Filing System and served via United States Mail, certified postage prepaid, on the following:

> Wendell G. Jackson
> 415 Edgewood Street, NE
> Apartment 11
> Washington, DC  20017-3305
> *Plaintiff, Pro Se*

/s/
———————————————
Amy L. Bess
